IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
CKJ INVESTMENTS, LLC,            *
Individually and Derivatively    *
on Behalf of Nominal             *
Defendants, CAPE AUGUSTA, LLC,   *
et al.                           *
                                 *
     Plaintiffs,                 *
                                 *
          v.                     *    CV 120-075
                                 *
WAYNE MILLAR; M-                 *
COMMUNICATIONS, LLC; MILLAR;     *
ERIC ESHELMAN; and JAMES         *
AINSLIE, et al.,                 *
                                 *
     Defendants.                 *
```

O R D E R

Before the Court is the Parties' joint motion to dismiss with prejudice. (Doc. 20.) The Court interprets the motion as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). All parties signed the dismissal, and Plaintiff noticed the dismissal before Defendants served either an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal appropriate pursuant to either subsection of Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and

deadlines, if any, and **CLOSE** this case.  Each party shall bear its own costs, fees, and expenses except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```